IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES L.P., GALDERMA S.A. and NESTLÉ SKIN HEALTH S.A., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 19-351 (RGA) ) ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel and subject to the approval of the Court, that the following dates in the Court's July 1, 2019 Scheduling Order (D.I. 15), is hereby amended – subject to the Court's availability – as set forth below.

| Event or Deadline | Current Date | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to notify Defendant of any inventors they intend to call to testify at trial | - | December 31, 2019 |
| Deadline for each party to serve on the other party a good faith, preliminary list of fact witnesses that it intends to call at trial | | January 21, 2020 |
| Discovery cut off[1] | December 10, 2019 | April 17, 2020[2] |

---

[1] Teva reserves the right to make a motion to this Court, should it be appropriate, to seek amendment of the pleadings to add inequitable conduct as an affirmative defense.

[2] The proposed extension shall apply only to depositions and not to written discovery. The deadline for written discovery shall remain December 10, 2019.

| | | |
|---|---|---|
| Initial expert reports for party who has the initial burden of proof on the subject matter | March 19, 2020 | June 5, 2020 |
| Rebuttal expert reports | April 16, 2020 | July 10, 2020 |
| Reply expert reports | April 30, 2020 | August 7, 2020 |
| Expert discovery cut off | May 28, 2020 | September 25, 2020 |
| Deadline for dispositive motions[3] | - | October 8, 2020 |
| *Daubert* motions | June 25, 2020 | October 23, 2020 |
| Pretrial Order Submission | - | 30 days prior to the pretrial conference |
| Pretrial conference | October 2, 2020, 8:30 am | February 5, 2021, 8:30 am |
| 5-day jury trial | | February 22, 2021 |

**Fact Witnesses to be Called at Trial.** Within one month following the close of expert discovery, each party shall serve on the other parties a list of each fact witness, who has previously been disclosed during discovery and that it intends to call at trial, to the best of the parties' knowledge at that time. Within one month of receipt of such fact witness list, each party shall serve a list of each rebuttal fact witness that it intends to call at trial. The parties shall have the right to depose any such fact witnesses who have not previously been disclosed in the January 21, 2020 preliminary list of fact witnesses and who have not previously been deposed. Such deposition shall be held within one month after service of the list of rebuttal fact witnesses and shall be limited to three hours per deposition and twenty hours per side in the aggregate unless extended by agreement of the parties or upon order of the court upon good cause shown.

---

[3] Except for motions based on the Federal Circuit's opinion in the appeal from this Court's judgment in C.A. No. 17-1783-RGA, no case dispositive motion under Rule 56 may be filed more than ten days before the above date without leave of the Court.

2

Additionally, if, in the Pretrial Order, a party lists a fact witness as a potential trial witness not previously disclosed, then the other party shall be entitled to take a deposition of that newly identified witness as soon as practicable, but in any event no later than 10 days after the pretrial conference.

**Jury Instructions / Voir Dire / Special Verdict Forms.** Pursuant to Local Rules 47.1(a)(2) and 51.1, the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms no later than 5 p.m. on the third business day before the date of the final pretrial conference. The parties shall submit simultaneously with filing each of the foregoing four documents in Word ~~or WordPerfect~~ format R6N to rga_civil@ded.uscourts.gov.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899-1347 | 1105 N. Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| jtigan@mnat.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs Galderma Laboratories, L.P., Galderma S.A., and Nestlé Skin Health S.A.* | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

December 10, 2019

SO ORDERED this ___10___ day of December, 2019. FN1

/s/ Richard G. Andrews
United States District Judge

---

1/ The Court is signing this order without ruling that a jury trial is appropriate in this case or agreeing that the trial should be scheduled for five days.

3